**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NANCY HAUGEN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NO.: 04 CV 11756 (MLW)** |
| ) | |
| **FIDELITY MANAGEMENT** ) | |
| **& RESEARCH COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Theodore M. Hess-Mahan of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiffs in the above-captioned matter.

Dated: August 20, 2004                                      Respectfully submitted,


**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, Massachusetts 02109
(617)439-3939

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon counsel of record for each other party by mail on August 20, 2004.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan