IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT )<br>& RESEARCH COMPANY, et al., )<br>)<br>__Defendants._____ ) | CASE NO.: 04 CV 11756 (MLW) |

## DECLARATION OF JAMES C. BRADLEY

I, James C. Bradley, declare as follows:

1. I am an attorney in the law firm of Richardson, Patrick, Westbrook & Brickman, LLC, located in Charleston, South Carolina. I seek admission to practice in the District of Massachusetts on a *pro hac vice* basis as attorney for Plaintiffs in the above-captioned action. I make this affidavit in support of the Motion For Admission Pro Hac Vice of Michael J. Brickman, James C. Bradley, and Nina H. Fields.

2. I am an active member in good standing of the bars of South Carolina and the United States District Court for the District of South Carolina. In support of this application, I have attached a copy of the certificate of my good standing in the District Court for the District of South Carolina;

3. I have not been disciplined by any bar; and

4. I have familiarized myself with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

_8/17/04_  
Date

_____  
James C. Bradley

James C. Bradley  
Richardson Patrick Westbrook & Brickman LLC  
174 East Bay Street  
Charleston, SC  29401  
(843)727-6500

AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF SOUTH CAROLINA

I, Larry W. Propes, Clerk of the United States District Court, District of South Carolina,

DO HEREBY CERTIFY That **James C. Bradley, ID# 7660**, was duly admitted to practice in said Court on March 23, 2001, and is in good standing as a member of the bar of said Court.

Dated at Charleston, South Carolina  
on June 29, 2004.

Larry W. Propes, Clerk

By _Lisa Richburg_,
Deputy Clerk