IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT )<br>& RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | CASE NO.: 04 CV 11756 (MLW) |

## DECLARATION OF NINA H. FIELDS

I, Nina H. Fields, declare as follows:

1. I am an attorney in the law firm of Richardson, Patrick, Westbrook & Brickman, LLC, located in Charleston, South Carolina. I seek admission to practice in the District of Massachusetts on a *pro hac vice* basis as attorney for Plaintiffs in the above-captioned action. I make this affidavit in support of the Motion For Admission Pro Hac Vice of Michael J. Brickman, James C. Bradley, and Nina H. Fields.

2. I am an active member in good standing of the bars of South Carolina and the United States District Court for the District of South Carolina. In support of this application, I have attached a copy of the certificate of my good standing in the District Court for the District of South Carolina;

3. I have not been disciplined by any bar; and

4. I have familiarized myself with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

_Aug 17, 2004_
Date

_/s/ Nina H. Fields_
Nina H. Fields

Nina H. Fields
Richardson Patrick Westbrook & Brickman LLC
174 East Bay Street
Charleston, SC  29401
(843)727-6500




AO 136
(Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF SOUTH CAROLINA

I, Larry W. Propes, Clerk of the United States District Court, District of South Carolina,

DO HEREBY CERTIFY That **Nina H. Fields, ID# 7924**, was duly admitted to practice in said Court on March 25, 2002, and is in good standing as a member of the bar of said Court.

Dated at Charleston, South Carolina         Larry W. Propes, Clerk

on June 24, 2004.

By  ,
Deputy Clerk


