UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NANCY HAUGEN, MICHAEL F. MAGNAN
and KAREN L. MAGNAN,

    Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY and FMR CO., INC.,

    Defendants.

Civil Action No. 04-11756 (MLW)

## NOTICE OF APPEARANCE OF JAMES S. DITTMAR, P.C. ON BEHALF OF DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.

Pursuant to Local Rule 83.5.2, please enter the appearance of James S. Dittmar, P.C. in the above-captioned matter on behalf of Defendants Fidelity Management & Research Company and FMR Co., Inc.

Respectfully submitted,

FIDELITY MANAGEMENT &
RESEARCH COMPANY
and FMR CO., INC.

By its attorneys,

_____
James S. Dittmar, P.C. (BBO# 126320)
Tel: 617-570-1944
E-Mail: jdittmar@goodwinprocter.com
Christopher D. Moore (BBO#630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____ August 26, 2004 _____

Dated: August 26, 2004

LIBA/1409508.1