IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, et al.,          )<br>                                                 )<br>     Plaintiffs,                         )<br>                                                 )<br>          vs.                              )     CASE NO.:  04 CV 11756 (RGS)<br>                                                 )<br>FIDELITY MANAGEMENT     )<br>& RESEARCH COMPANY, et al.,  )<br>                                                 )<br>     Defendants.                       )  | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michelle H. Blauner of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiffs in the above-captioned matter.

Dated:  September 8, 2004                          Respectfully submitted,

                                                                    **/s/Michelle H. Blauner**
                                                                    Michelle H. Blauner BBO #549049
                                                                    Shapiro Haber & Urmy LLP
                                                                    53 State Street, 37th Floor
                                                                    Boston, Massachusetts  02109
                                                                    (617)439-3939

                                                                    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon counsel of record for each other party by mail on September 8, 2004.

          **/s/Michelle H. Blauner**
          Michelle H. Blauner