IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY HAUGEN, et al.,           )
                                )
    Plaintiffs,                  )
                                )
        vs.                      )   CASE NO.: 04 CV 11756 (MLW)
                                )
FIDELITY MANAGEMENT              )
& RESEARCH COMPANY, et al.,      )
                                )
    Defendants.                  )

## MOTION FOR ADMISSION PRO HAC VICE OF
## LYNN SARKO, MICHEAL WOERNER AND GRETCHEN CAPPIO

Pursuant to Local Rule 83.5.3(b), the undersigned, an active member in good standing of the bar of the United States District Court for the District of Massachusetts, respectfully moves that this court admit *pro hac vice*, Lynn Sarko, Michael Woerner and Gretchen Cappio, to appear on behalf of Plaintiffs in the above-captioned action. In support of this motion, movant states as follows:

1.  Lynn Sarko is a member in good standing of the bar of the Supreme Court of the State of Washington and the United States District Courts for the Eastern and Western Districts of Washington since 1986. There are no disciplinary proceedings against Mr. Sarko in any jurisdiction. Mr. Sarko has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In further support of this motion, Mr. Sarko has submitted herewith his Certificate of Good Standing from the Supreme Court for the State of Washington.

2.  Michael Woerner is a member in good standing of the bar of the Supreme Court of the State of Washington since 1985 and the United States District Courts for the Eastern and Western Districts of Washington since 1986. There are no disciplinary proceedings against

Mr. Woerner in any jurisdiction. Mr. Woerner has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In further support of this motion, Mr. Woerner has submitted herewith his Certificate of Good Standing from the Supreme Court for the State of Washington.

3.      Gretchen Cappio is a member in good standing of the bar of the Supreme Court of the State of Washington since 1999 and the United States District Courts for the Eastern and Western Districts of Washington since 2000. There are no disciplinary proceedings against Ms. Cappio in any jurisdiction. Ms. Cappio has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In further support of this motion, Ms. Cappio has submitted herewith her Certificate of Good Standing from the Supreme Court for the State of Washington.

For these reasons, the undersigned respectfully moves that the Court admit Lynn Sarko, Michael Woerner and Gretchen Cappio *pro hac vice* in the above-captioned matter.

Dated:  September 3, 2004                               Respectfully submitted,

_____
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, Massachusetts 02109
(617)439-3939

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon counsel of record for each other party by mail on September 3, 2004.

_____
Theodore M. Hess-Mahan

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

LYNN LINCOLN SARKO

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 16569

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**LYNN LINCOLN SARKO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 12, 1986, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 30th day of August, 2004

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT



# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

MICHAEL D. WOERNER

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 15452

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**MICHAEL D. WOERNER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 4, 1985, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 30th day of August, 2004.



C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

GRETCHEN FREEMAN CAPPIO

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 29576

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**GRETCHEN FREEMAN CAPPIO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 22, 1999, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 30th day of August, 2004

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

