UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

NANCY HAUGEN, MICHAEL F. MAGNAN, )
KAREN L. MAGNAN, ROSE M. IANNACCONE, )
PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, )
and CINDY SCHURGIN, for the use and benefit of ) Civil Action No. 04cv11756 (MLW)
FIDELITY MAGELLAN AND FIDELITY )
CONTRAFUND, )

          Plaintiffs,

vs.

FIDELITY MANAGEMENT AND RESEARCH
COMPANY, et al.,

          Defendants.

---

## NOTICE OF APPEARANCE

Please take notice that Wm. Shaw McDermott hereby enters his appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11756 (MLW).

Respectfully submitted,

*/s/ Wm. Shaw McDermott*
Wm. Shaw McDermott (BBO # 330860)
Amy B. Abbott (BBO # 648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
(617) 261-3100
smcdermott@kl.com

Dated: November 8, 2004

BOS-707285 v1 0302121-0950