**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

———————————————————————x
                           :

CYNTHIA A. BENNETT and GUY E. MILLER,    :

                 Plaintiffs,    :   Civil Action No. 04cv11651 (MLW)

                           :

    vs.                    :

                           :

FIDELITY MANAGEMENT AND RESEARCH   :
COMPANY, et. al.,                :

                           :

                 Defendants.    :

———————————————————————x
                           :

NANCY HAUGEN, MICHAEL F. MAGNAN,   :
KAREN L. MAGNAN, ROSE M.        :   Civil Action No. 04cv11756 (MLW)
IANNACCONE, PRESLEY C. PHILLIPS,   :
ANDREA M. PHILLIPS, and CINDY     :
SCHURGIN, for the use and benefit of FIDELITY :
MAGELLAN AND FIDELITY CONTRAFUND, :

                           :

               Plaintiffs,    :

                           :

    vs.                    :

                           :

FIDELITY MANAGEMENT AND RESEARCH   :
COMPANY, et. al.,                :

                           :

                 Defendants.    :

                           :

———————————————————————x

**THE *GILLIAM* PLAINTIFFS' MOTION**
**TO INTERVENE AND TO STAY ALL PROCEEDINGS**

The *Gilliam* Plaintiffs,[1] by their counsel, hereby move this Court for entry of an Order (attached hereto):  (i) granting intervention by the *Gilliam* Plaintiffs to the actions captioned *Haugen v. Fidelity Management & Research Co.*, No. 04-cv-11756 (MLW) and *Bennett v. Fidelity Management and Research Co.*, No. 04-cv-11651 (MLW); and (ii) staying the *Haugen* and *Bennett* actions pending resolution of the *Gilliam* Plaintiffs' Motion for Consolidation.  In support of this Motion, the *Gilliam* Plaintiffs submit herewith a Memorandum of Law and [Proposed] Order.

Dated:  December 8, 2004

**MOULTON & GANS, P.C.**

By: __/s/ Nancy Freeman Gans_____
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs James Gilliam, William S. Groeschel, Ghassan J. Awali, Marina Berti, Valeriex A. Daspit, Arthur G. Denker, Randall C. Heyward, Stanley H. Krupa, Nicole Lenzi, David M. Lucoff, Joseph F. Martingano, Michael S. Mendolia, Patricia K. Munshaw, Brian D. Reese, Jay J. Rupp, Gilbert P. Travis, Jewel R. Travis and David O. Fallert and Proposed Liaison Counsel*

---

[1] The *Gilliam* Plaintiffs consist of the plaintiffs in the following five cases: *Gilliam v. Fidelity Management & Research Co.*, No. 04-cv-11600 (NG); *Bogatin Family Trust v. Fidelity Management and Research Co.*, No. 04-cv-11642 (NG); *Awali v. Fidelity Management and Research Co.*, No. 04-cv-11709 (MLW); *Groeschel v. Fidelity Management and Research Co.*, No. 04-cv-11735 (GAO); and *Fallert v. Fidelity Management and Research Co.*, No. 04-cv-11812 (MLW) (collectively these five cases will be referred to as the "*Gilliam* Plaintiffs").  No party is disputing that these five cases should be consolidated.  The only issue is whether *Bennett* and *Haugen* should also be consolidated.  *See Bennett v. Fidelity Management and Research Co.*, No. 04-cv-11651 (MLW); *Haugen v. Fidelity Management & Research Co.*, No. 04-cv-11756 (MLW).

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff James Gilliam and Proposed
Tri-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs William S. Groeschel,
Ghassan J. Awali, Marina Berti, Valeriex A.
Daspit, Arthur G. Denker, Randall C. Heyward,
Stanley H. Krupa, Nicole Lenzi, David M. Lucoff,
Joseph F. Martingano, Michael S. Mendolia,
Patricia K. Munshaw, Brian D. Reese, Jay J.
Rupp, Gilbert P. Travis, Jewel R. Travis and David
O. Fallert and Proposed Tri-Lead Counsel*

**SCOTT + SCOTT, LLC**
Arthur L. Shingler, III
Wells Fargo Building
401 B Street, Suite 307
San Diego, California  92101
(619) 233-4565

*Counsel for Plaintiff James Gilliam and Proposed
Tri-Lead Counsel*

3

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff James Gilliam*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Bogatin Family Trust*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Bogatin Family Trust*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs William S. Groeschel,*
*Ghassan J. Awali, Marina Berti, Valeriex A.*
*Daspit, Arthur G. Denker, Randall C. Heyward,*
*Stanley H. Krupa, Nicole Lenzi, David M. Lucoff,*
*Joseph F. Martingano, Michael S. Mendolia,*
*Patricia K. Munshaw, Brian D. Reese, Jay J.*
*Rupp, Gilbert P. Travis, Jewel R. Travis and David*
*O. Fallert*

4

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on December 6 – 8, 2004, I spoke by telephone with the following counsel regarding The Gilliam Plaintiffs' Motion to Intervene and to Stay All Proceedings:  (1) Michelle H. Blauner, Esquire, Shapiro Haber & Urmy, counsel for the Haugen plaintiffs, who opposes the motion; (2) Matthew J. Tuttle, Esquire, Perkins, Smith & Cohen, counsel for the Bennett plaintiffs, who opposes the motion; and (3) Wm. Shaw McDermott, Esquire, Kirkpatrick & Lockhart, counsel for the Fidelity Funds, who opposes the motion.  Also, I notified John Kiernan, Esquire, Debevoise & Plympton, counsel for the Individual Defendants in the Gilliam, Bogatin Family Trust, Awali, Groeschel and Fallert cases, of the filing of this Motion.  James S. Dittmar, Esquire, Goodwin Proctor LLP, counsel for Fidelity Management and Research Company and FMR Co., Inc., is aware of the Gilliam Plaintiffs' intention to file the above motion, but because of conflicting court and travel schedules, Mr. Dittmar and I have not been able to consult.  As well, I have notified James W. Benedict, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, also counsel for Fidelity Management and Research Company and FMR Co., Inc., of the filing of this Motion, but also have not been able to reach him.

/s/ Nancy Freeman Gans
Nancy Freeman Gans


## CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of: (1) The *Gilliam* Plaintiffs' Motion to Intervene and to Stay All Proceedings; (2) Memorandum of Law in Support of the *Gilliam* Plaintiffs' Motion to Intervene and to Stay All Proceedings; and (3) [Proposed] Order Granting Intervention and Staying all Proceedings upon counsel for all parties by facsimile this 8th day of December, 2004.

__/s/ Daniel P. Dietrich_____
Daniel P. Dietrich