UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY HAUGEN, et al., )
)
      Plaintiffs, )
)
v. ) Civil Action No.: 04-cv-11756-MLW
)
FIDELITY MANAGEMENT & )
RESEARCH COMPANY, et al., )
)
      Defendants. )

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective immediately the undersigned counsel's address has changed to:

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 East Madison Street, Suite 400
Tampa, Florida 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by regular U.S. mail this 6th day of December 2004, to the following:

James S. Dittmar
Christopher Moore
GOODWIN PROCTOR, LLP
Exchange Place
53 State Street, #20
Boston, MA 02109

James Benedict
Thomas Arena
Sean Murphy
Neil Gray
Anthony Pellegrino
MILLBANK, TWEED, HADLEY & MCCLOY, LLP
One Chase Manhattan Plaza
New York, NY 10005

By: *Becky Ferrell-Anton* (signature)
Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
Audrey Rauchway
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, L.L.P.
403 East Madison Street, Suite 400
Tampa, FL 33602
(813) 225-2500

Michelle Blauner
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Michael J. Brickman
James C. Bradley
Nina Fields
RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
P.O. Box 879
Charleston, SC 29402
(843) 727-6500

Lynn Lincoln Sarko
Michael D. Woerner
Gretchen F. Cappio
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052.
(206) 623-1900

*Attorneys for Plaintiffs*

91572