UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND,<br><br>                                 Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>                                 Defendants. | No. 04-cv-11756-MLW |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Tana Lin, KELLER ROHRBACK L.L.P., 1201 Third Avenue, Suite 3200, Seattle, WA 98101-3052, Telephone No. (206) 623-1900, to appear on behalf of the Plaintiffs and the Class and practice before this Court in the above-captioned action.

As ground for this motion, the undersigned represents the following:

1. Ms. Lin is and has been a member in good standing of the bar of the Supreme Court of Washington since 2004.  In addition, she has been admitted to, and is a member in good standing, of the bars of the District of Columbia since1991, Illinois since 2000, and Michigan since 2001. She also has been a member in good standing of the United States District Court for the Northern District of Illinois since 1999 and the United States District Court for the Central District of Illinois since 2000.

2.  There are no disciplinary proceedings pending against Ms. Lin as a member of the bar in any jurisdiction.

3.  Ms. Lin has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Ms.Lin has submitted herewith her Certificate of Good Standing from the Supreme Court of the State of Washington.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Lin be admitted to practice before this Court *pro hac vice.*

Dated: March 29, 2005

                Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
SHAPIRO HABER & URMY LLP
Michelle H. Blauner BBO # 549049
Theodore M. Hess-Mahan BBO #557109
Exchange Place
53 State Street
Boston, MA  02109
(617) 439-3939

Attorneys for Plaintiffs