UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>    Defendants. | Civil Action No. 04-11756 (MLW) |

## **DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY AND FMR CO., INC.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

In accordance with Local Rule 7.3, Defendants Fidelity Management & Research Company and FMR Co., Inc., by undersigned counsel, submit the following corporate disclosure statement. Fidelity Management & Research Company and FMR Co., Inc. are wholly owned subsidiaries, either direct or indirect, of FMR Corp.  FMR Corp. is not a public company.

                                              Respectfully submitted,

                                              FIDELITY MANAGEMENT &
                                              RESEARCH COMPANY
                                              and FMR CO., INC.,

                                              By their attorneys,

                                               /s/ James S. Dittmar
                                              James S. Dittmar (BBO# 126320)
                                              Roberto M. Braceras (BBO# 566816)
                                              John O. Farley (*pro hac vice*)
                                              GOODWIN PROCTER LLP
                                              Exchange Place
                                              Boston, Massachusetts 02109-2881
                                              Tel:  (617) 570-1000

2

                James N. Bendict (*pro hac vice*)
                Sean M. Murphy (*pro hac vice*)
                Milbank, Tweed, Hadley & McCloy LLP
                1 Chase Manhattan Plaza
                New York, New York  10005
                Tel: (212) 530-5000

Dated: June 10, 2005

LIBA/1552196.1