UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC., <br><br> Defendants. | FILING FEE PAID: <br> RECEIPT # 69565 <br> AMOUNT $ 200.00 <br> BY DPTY CLK: pcn <br> DATE: 1-13-06 <br><br> Case No.: 04-cv-11756-MLW |

## MOTION FOR ADMISSION PRO HAC VICE OF GUY M. BURNS, BECKY FERRELL-ANTON, JONATHAN S. COLEMAN and AUDREY B. RAUCHWAY

Pursuant to Local Rule 83.5.3(b), the undersigned, active members in good standing of the bar of the United States District Court for the District of Massachusetts, respectfully move that this court admit *pro hac vice*, Guy M. Burns, Becky Ferrell-Anton, Jonathan S. Coleman and Audrey B. Rauchway, to appear on behalf of Plaintiffs in the above-captioned action. In support of this motion, movants state as follows:

1. Guy M. Burns is a member in good standing of The Florida Bar, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and has been admitted *pro hac vice* in numerous other cases throughout the United States. He has not been denied admission to any bar or been disciplined by any bar.

2.  Becky Ferrell-Anton is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida. She has not been denied admission to any bar or been disciplined by any bar.

3.  Jonathan S. Coleman is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, the United States District Court of Colorado, The United States Supreme Court, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Court of Appeals for the Third Circuit. He has not been denied admission to any bar or been disciplined by any bar.

4.  Audrey B. Rauchway is a member in good standing of The Florida Bar. She has not been denied admission to any bar or been disciplined by any bar.

The undersigned submits the Declarations of Mr. Burns, Mrs. Ferrell-Anton, Mr. Coleman, and Mrs. Rauchway, attached hereto, in further support of this Motion. For these reasons, the undersigned respectfully moves that the Court admit Guy M. Burns, Becky Ferrell-Anton, Jonathan S. Coleman, and Audrey B. Rauchway pro hac vice in the above-captioned matter.

Dated: 1/12/2006

Respectfully submitted,

Theodore M. Hess-Mahan, BBO # 557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, Massachusetts 02109
(617) 439-3939

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on January __12__, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Gretchen F. Cappio, Esquire
Lynn Lincoln Sarko, Esquire
Michael D. Woerner, Esquire
Tana Lin, Esquire
Gary Gotto, Esquire
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052
Attorneys for Plaintiffs


James C. Bradley, Esquire
Michael J. Brickman, Esquire
Nina H. Fields, Esquire
Richardson, Patrick, Westbrook
& Brickman
174 East Bay Street
Charleston, SC 29401
Attorneys for Plaintiffs


Michelle H. Blauner, Esquire
Theodore M. Hess-Mahan, Esquire
Shapiro Haber & Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
Attorneys for Plaintiffs


Tana Lin, Esquire
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052
Attorneys for City of Chicago
Deferred Compensation Plan

Nancy F. Gans, Esquire
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109
Attorneys for Petitioners
Eric Forsythe and Larry R. Eddings


James S. Dittmar, Esquire
Lawrence GD Scarborough, Esquire
James Alexander Grimsley, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Attorneys for Defendant Fidelity
Management & Research Company,
and FMR Co., Inc.


Amy Beth Abbott, Esquire
William Shaw McDermott, Esquire
Kirkpatrick & Lockhart, Nicholson
Graham LLP
75 State Street
Boston, MA 02109-1808
Attorney for Defendant Fidelity
Funds

_____
Theodore M. Hess-Mahan, BBO# 557109
Shapiro Haber & Urmy LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs


#98926v1