UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JAN 12 P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN and FIDELITY CONTRAFUND,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY and FMR CO., INC.,<br><br>Defendants. | Case No.: 04-cv-11756-MLW |

### CERTIFICATE OF GOOD STANDING

1.  My name is Jonathan S. Coleman. I am a licensed attorney admitted to practice law in the State of Florida (Bar No. 797480).

2.  I am a member of the Bar of the State of Florida and have been a member in good standing since 1989. I am also a member of the Bar of the United States District Court for the Middle District of Florida and have been a member in good standing since 1989, and the United States District Court District of Colorado; United States Supreme Court; United States Court of Appeals for the Eleventh Circuit and the United States Court of Appeals for the Third Circuit. I have never been the subject of any bar sanction or disciplinary action and have never been denied pro hac vice admission by any court.

3. I am an associate of the law firm of Johnson, Pope, Bokor, Ruppel & Burns, P.A. My business address and telephone number is as follows:

> Johnson, Pope, Bokor, Ruppel & Burns, LLP
> 403 East Madison Street
> Suite 400
> Tampa, Florida 33602
> (813) 225-2500

4. I am familiar with the law and facts relating to the subject matter of this litigation.

*Jonathan S. Coleman*

#98929v1