UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY HAUGEN, MICHAEL F. MAGNAN, )
KAREN L. MAGNAN, PRESLEY C. )
PHILLIPS, ANDREA M. PHILLIPS, and )
CINDY SCHURGIN, for the use and benefit of )
FIDELITY MAGELLAN and FIDELITY )
CONTRAFUND, )
)
    Plaintiffs, )
)
vs. )  Case No.: 04-cv-11756-MLW
)
FIDELITY MANAGEMENT & RESEARCH )
COMPANY and FMR CO., INC., )
)
    Defendants. )
_____ )

## CERTIFICATE OF GOOD STANDING

    1.    My name is Becky Ferrell-Anton. I am a licensed attorney admitted to practice law in the State of Florida (Bar No. 449342).

    2.    I am a member of the Bar of the State of Florida and have been a member in good standing since 1984. I am also a member of the Bar of the United States District Court for the Middle District of Florida. I have never been the subject of any bar sanction or disciplinary action and have never been denied pro hac vice admission by any court.

    3.    I am an associate with the law firm of Johnson, Pope, Bokor, Ruppel & Burns, P.A. My business address and telephone number is as follows:

Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street
Suite 400
Tampa, Florida 33602
(813) 225-2500

4.   I am familiar with the law and facts relating to the subject matter of this litigation.

_____
Becky Ferrell-Anton

#98930v1