UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JAN 12  P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

NANCY HAUGEN, MICHAEL F. MAGNAN, )
KAREN L. MAGNAN, PRESLEY C. )
PHILLIPS, ANDREA M. PHILLIPS, and )
CINDY SCHURGIN, for the use and benefit of )
FIDELITY MAGELLAN and FIDELITY )
CONTRAFUND, )
   )
      Plaintiffs, )
   )
vs. ) Case No.: 04-cv-11756-MLW
   )
FIDELITY MANAGEMENT & RESEARCH )
COMPANY and FMR CO., INC., )
   )
      Defendants. )
   )

## CERTIFICATE OF GOOD STANDING

1.    My name is Audrey B. Rauchway. I am a licensed attorney admitted to practice law in the State of Florida (Bar No. 856959).

2.    I am a member of the Bar of the State of Florida and have been a member in good standing since 1990. I have never been the subject of any bar sanction or disciplinary action and have never been denied pro hac vice admission by any court.

3.    I am an associate with the law firm of Johnson, Pope, Bokor, Ruppel & Burns, P.A. My business address and telephone number is as follows:

Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street
Suite 400
Tampa, Florida 33602
(813) 225-2500

4. I am familiar with the law and facts relating to the subject matter of this litigation.

_Audrey Rauchway_
Audrey B. Rauchway

#98931v1